

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00313-CR

Ian Dorr **HANCOCK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 22-09-0295-CRA
Honorable Jennifer Dillingham, Judge Presiding

PER CURIAM

Sitting:    Lori I. Valenzuela, Justice
            Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice

Delivered and Filed: July 2, 2025

DISMISSED

On May 23, 2025, we abated this appeal and remanded it to the trial court for a hearing on whether the trial court's certification of appellant's right to appeal was defective. *See* Tex. R. App. P. 25.2(a)(2), (d); *Dears v. State*, 154 S.W.3d 610, 613–15 (Tex. Crim. App. 2005). On June 20, 2025, appellant filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We therefore lift our abatement, reinstate this appeal to our active docket, grant appellant's motion, and dismiss the appeal. *See id.*

PER CURIAM

DO NOT PUBLISH